## Commonwealth *v.* Caldwell, Appellant.

Argued June 10, 1969. *Maxwell P. Gorson,* for appellant; *James D. Crawford,* Assistant District Attorney, with him *Victor J. DiNubile, Jr.,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Cautin, Appellant.

Argued June 12, 1969. *David Kanner,* with him *Kanner, Stein, Feinberg & Barol,* for appellant; *James D. Crawford,* Assistant District Attorney, with him *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.